UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 07 B 07437
   SHARON A SVEC
                                        CHAPTER 13

                                        JUDGE: JOHN H SQUIRES
      Debtor
   SSN XXX-XX-4781
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/25/07 and confirmed on 06/28/07.

2. The case was dismissed after confirmation, 01/11/2008.

3. The Debtor paid a total of $ 4766.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY HOME LOAN | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY HOME LOAN | MORTGAGE ARRE | 35543.72 | .00 | .00 |
| HOME LOAN SERVICES INC | SECURED | .00 | .00 | .00 |
| HOME LOAN SERVICES INC | MORTGAGE ARRE | 3800.00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 10862.33 | 468.12 | 2131.19 |
| WESLEY SQUARE CONDO ASSO | SECURED | 3000.00 | .00 | 693.32 |
| SALLIE MAE GUARANTEE SER | UNSECURED | .00 | .00 | .00 |
| ACME CONTINENTAL C U | UNSECURED | 6942.18 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1513.76 | .00 | .00 |
| NORDSTROM FSB | UNSECURED | 3436.70 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 426.00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 53206.05 | .00 | 12318.64 | .00 | 65524.69 |
| PRINCIPAL PAID | 2824.51 | .00 | .00 | .00 | 2824.51 |
| INTEREST PAID | 468.12 | .00 | .00 | .00 | 468.12 |
| TOTAL PAID | 3292.63 | .00 | .00 | .00 | 3292.63 |

The Debtor's attorney, ANDERSON & ASSOCS           , was allowed $    2500.00 and was paid $   1000.00  direct and $   1321.60  through the plan.

The Trustee received $     151.77 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 04/11/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```